COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Ex parte Maurice Edwards

Appellate case number:    01-19-00100-CR

Trial court case number:  1620108

Trial court:              209th District Court of Harris County

     The State of Texas has filed a motion for en banc reconsideration.  The Court requests a response to the motion for en banc reconsideration from appellant, Maurice Edwards.  The response must be filed no later than **5:00 p.m., 20 days from the date of this order**.  *See* TEX. R. APP. P. 49.2.

     It is so ORDERED.

Judge's signature: _____/s/ Julie Countiss_____
        ☐ Acting individually   ☑ Acting for the Court

Date:  ___October 8, 2019__